IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In re EVERETT SCOTT,                       No. C 14-0074 YGR (PR)

**ORDER OF DISMISSAL**

       This action was opened when the Court received from Plaintiff Everett Scott a letter addressed to Senior District Court Judge Thelton E. Henderson expressing displeasure with the prison medical staff at the California Substance Abuse Treatment Facility in Corcoran, California.

       In this action, the Clerk of the Court opened a case file, sent out a notice that Plaintiff had not filed a complaint, and cautioned that the action would be dismissed if he did not submit a complaint within twenty-eight days. Plaintiff then sent a letter stating that he did not intend to commence a new action but only to inform Judge Henderson of his concerns. (Docket No. 4).

       In light of Plaintiff's explanation that the letter he sent to Judge Henderson was not intended to commence a new action, this action is DISMISSED as opened in error. The Clerk of the Court is directed to send an electronic copy of the original letter (Docket No. 1) and this Order to Judge Henderson's courtroom deputy. No filing fee is due. The Clerk shall close the file.

       IT IS SO ORDERED.

DATED:   February 13, 2014

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

G:\PRO-SE\YGR\CR.14\Scott0074.dismiss(error).wpd